UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. |
| v. | ) | VIOLATION |
| | ) | 18 U.S.C. §2113(a) |
| RICHARD CASSANO | ) | BANK ROBBERY |

2003 DEC 12 P 4: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

INFORMATION    03 CR 10378 GAO

COUNT ONE:    18 U.S.C. §2113(a) - Bank Robbery

The United States Attorney charges that:

On or about September 3, 2002, at Middleborough, in the District of Massachusetts,

RICHARD CASSANO

defendant herein, by force and violence and by intimidation took from the person and presence of another approximately $18,026.00 belonging to and in the care, custody, control, management and possession of the Plymouth Savings Bank, 151 Campanelli Drive, Middleborough, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a) and 2.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney

December 12, 2003