UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 03-10378-GAO |
| v. | ) | VIOLATION |
| | ) | 18 U.S.C. §2113(a) |
| RICHARD CASSANO | ) | BANK ROBBERY |

WAIVER OF INDICTMENT

Defendant Richard Cassano, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
RICHARD CASSANO

_____
Michael C. Andrews, Esq.
Attorney for Defendant

Date: August 11, 2004

Before me
[signature]
U.S.D.J.
8/11/04