UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES ) ) ) ) v. ) ) RICHARD CASSANO ) ) ) | Cr. No. 03-10378-GAO |

## MOTION TO CONTINUE SENTENCING DATE

### (ASSENTED TO)

Now comes the defendant, Richard Cassano, and respectfully moves that his sentencing date be continued to a date convenient to the Court in January of 2005.

In support of this Motion the defendant states that his counsel is in the process of attempting to retrieve certain documents relating to his criminal record, and establishing whether or not Mr. Cassano is to be classified as a career offender. Mr. Cassano has several convictions dating from more than a decade ago, and undersigned counsel needs additional time to obtain and review the records of those convictions and to consult with any attorneys who may have been involved in those cases. Continuing the sentencing date may in fact ultimately help expedite the sentencing process and obviate the need for further litigation in this Court should Mr. Cassano be sentenced based upon inaccurate or

incomplete information. Counsel for the government has informed undersigned counsel that the government assents to the allowance of this Motion.

For the foregoing reasons the defendant prays the Court allow this Motion.

                          Respectfully Submitted
                          Richard Cassano
                          By his attorney

                          Michael C. Andrews
                          21 Custom House Street, Suite 920
                          Boston, Massachusetts 02110
                          (617) 951-0072
                          BBO #546470

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 10/27/04