UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                  )
                                  )
UNITED STATES                     )
                                  )   Cr. No. 03-10378-GAO
v.                                )
                                  )
RICHARD CASSANO                   )
                                  )
_____)

**MOTION TO CONTINUE SENTENCING DATE**

**(ASSENTED TO)**

Now comes the defendant, Richard Cassano, and respectfully moves that his sentencing date be continued to a date convenient to the Court in March of 2005.

In support of this Motion the defendant states that his counsel attempted to locate (as did, upon information and belief, the Probation Department) certain documents relating to his criminal record, and establishing whether or not Mr. Cassano is to be classified as a career offender. Mr. Cassano has several convictions dating from more than a decade ago, and undersigned counsel needed to obtain and review the records of those convictions to establish the validity and constitutionality of the convictions. The documentation has not as yet been obtained and may not be able to recover. Mr. Cassano is preparing a challenge to one of those convictions as it was uncounseled, and a second conviction on other grounds. Continuing the sentencing date may in fact ultimately help

expedite the sentencing process and obviate the need for further litigation in this Court should Mr. Cassano be sentenced based upon inaccurate or incomplete information, or should his prior convictions be vacated thus necessitating returning to court through habeas litigation.  Counsel for the government has informed undersigned counsel that the government assents to the allowance of this Motion.

    For the foregoing reasons the defendant prays the Court allow this Motion.

Respectfully Submitted
Richard Cassano
By his attorney

/s/ Michael Andrews

Michael C. Andrews
21 Custom House Street, Suite 920
Boston, Massachusetts 02110
(617) 951-0072
BBO #546470