AO 442 (Rev. 5/93) Warrant for Arrest                                03-10378GAO

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RICHARD CASSANO

**WARRANT FOR ARREST**

CASE NUMBER: 03-1729-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   RICHARD CASSANO
                                       Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [✗] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

BANK ROBBERY

in violation of
Title   18   United States Code, Section(s) 2113(a)

Charles B. Swartwood          U.S. Magistrate Judge
Name of Issuing Officer        Title of Issuing Officer

[signature]                    9-10-03 @ Boston, MA.
Signature of Issuing Officer   Date and Location

Bail fixed at $ _____ by _____
                          Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

DATE RECEIVED        NAME AND TITLE OF ARRESTING OFFICER    SIGNATURE OF ARRESTING OFFICER
                     WARRANT EXECUTED BY
DATE OF ARREST       ARREST/ARRAIGNMENT OF THE
                     DEFENDANT ON  9/11/03

This form was electronically produced by Elite Federal Forms, Inc

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT:                                                WEIGHT:

SEX:                                                   RACE:

HAIR:                                                  EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: