AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **RICHARD CASSANO** | (For Offenses Committed On or After November 1, 1987) |

Case Number: 1: 03 CR 10378 - 001 - GAO

JESSICA HEDGES, ESQUIRE
Defendant's Attorney

Date of Original/Amended Judgment:   3.15.05

## THE DEFENDANT:

[x] admitted guilt to violation of condition(s) _____ of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Violation of Standard Condition of Supervised Release: The defendant shall refrain from excessive use of alcohol and shall not purchase, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 08/16/13 |

[x] See continuation page

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or maling address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

07/16/14
Date of Imposition of Judgment

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 00-00-1965

Defendant's USM No.: 18803-038

Defendant's Residence Address:
Marshfield, MA 02050

Defendant's Mailing Address:
Same as above

Signature of Judicial Officer
The Honorable George A. O'Toole
Judge, U.S. District Court
Name & Title of Judicial Officer

7/18/14
Date

Continuation Page - Nature of Violations

CASE NUMBER: 1: 03 CR 10378 - 001 - GAO  Judgment - Page 2 of 3
DEFENDANT: RICHARD CASSANO

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| II | Violation of Special Condition of Supervised Release: Immediately upon release from custody, defendant shall enter into the Coolidge House Residential Reentry Center, for up to the first 4 months of supervised release, unless or until he secures placement in a residential substance abuse treatment program approved by Probation which the deft. would then be expected to successfully complete in lieu of Coolidge House. While in residence at the RRC and any subsequent residential substance abuse treatment program, the deft. shall comply fully with all program rules and expectations. | 09/05/13 |
| III | Violation of Standard Condition of Supervised Release: The deft. shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | 09/06/13 |
| IV | Violation of Standard Condition of Supervised Release: Defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. | 09/07/13 |
| V | Violation of Standard Condition of Supervised Release: Deft. shall not commit another federal, state or local crime. | |

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER:   1: 03 CR 10378  - 001 - GAO                    Judgment - Page 3 of 3
DEFENDANT:        RICHARD CASSANO

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

The previous period of supervised release is REVOKED and the defendant is to be imprisoned for a term of 12 months and 1 day. No period of supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
　☐ at _____ on _____
　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☐ before _____ on _____
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
　　Deputy U.S. Marshal